**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Civil Action Number:  9:17-cv-80996-RLR

JUAN CARLOS GIL,

    Plaintiff,

vs.

PALM BEACH COUNTY FLORIDA
d/b/a Palm Beach Convention Center
and www.pbconventioncenter.com,

    Defendant.

## PLAINTIFF'S MOTION FOR DISMISSAL AS MOOT

Plaintiff Juan Carlos Gil ("Plaintiff"), by and through his undersigned counsel, and pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, hereby moves for the entry of an Order dismissing this case.  As grounds, Plaintiff states:

1.    Plaintiff is a disabled and qualified individual as defined by the ADA.  On August 30, 2017, Plaintiff filed his Complaint against Defendant Palm Beach County Florida d/b/a Palm Beach Convention Center ("Defendant" or "Palm Beach Convention Center").  The basis for Plaintiff's Complaint was Defendant's failure to provide a website which was accessible for visually impaired persons in violation of the American Disabilities Act.

2.    Based upon Plaintiff's recent review of Defendant's website, since the filing of the lawsuit Defendant appears to have modified its website in such a way that Plaintiff, who is visually impaired, can now access it.  In doing so, Defendant has rendered Plaintiff's lawsuit moot.

3.    Accordingly, Plaintiff seeks an order from the Court dismissing this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

4. Even though Plaintiff is dismissing his lawsuit, Defendant is not a prevailing party and is not entitled to costs due to its compliance with Plaintiff's demands. See Jean v. Nelson, 863 F.2d 759 (11th Cir. 1988).

**WHEREFORE**, Plaintiff Juan Carlos Gil hereby respectfully requests the entry of an order dismissing this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

## CERTIFICATION OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff certifies that he has made reasonable efforts to confer with all parties who may be affected by the relief sought in this motion and received no response.

Dated this 10th day of January, 2020.

Respectfully submitted,

*s/ Max G. Soren*
Max G. Soren, Esq., (FBN 623431)
Dinin Law Group, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Email: inbox@dininlawgroup.com
*Counsel for Plaintiff/Counter-Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2020, I have caused the following to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to: Kim Phan, Esq., Assistant County Attorney, Attorney for Palm Beach County, 300 North Dixie Highway, Third Floor, West Palm Beach, Florida 33401, kphan@pbcgov.org, ldennis@pbcgov.org, and swebber@pbcgov.org.

*s/ Max G. Soren*